## Robert A. Childs v. German Evangelical Lutheran St. John's Congregation of Harlem, etc.

Interlocutory appeal. Appeal dismissed.

Per Curiam.

It appearing that the suit has been dismissed in the Circuit Court, as is shown by the additional record filed herein, no reason exists why we should further consider the appeal.

The question of costs will be reserved.

Childs & Hudson, attorneys for appellant.

A. B. Melville, attorney for appellee; D. T. Corbin, of counsel.

---

## Robert A. Childs v. German Evangelical Lutheran St. John's Congregation.

Interlocutory appeal.

Per Curiam.

The order of the Circuit Court granting the injunction, from which this appeal is taken, will be affirmed.

We are of opinion that the bill is sufficient in form and substance to sustain the injunction, and that the bill and accompanying affidavits make out a case warranting its issue without notice. The objection to the injunction bond we regard as not well taken.

Childs & Hudson, attorneys for appellant.

Amerious B. Melville, attorney for appellee; D. T. Corbin, of counsel.